```
                                                      FILED
                                                      June 16, 2008
                                                      CLERK, US DISTRICT COURT
                                                      EASTERN DISTRICT OF
                                                      CALIFORNIA
                                                      _____
                                                      DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>              )<br>         Plaintiff,   )<br>v.            )<br>              )<br>Christina Tilton,        )<br>              )<br>         Defendant.   ) | Case No. 2:08-cr-154 FCD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  Christina Tilton  Case 2:08-cr-154 FCD  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

       **X**    Release on Personal Recognizance

       __    Bail Posted in the Sum of _____

       __    Unsecured bond in the amount of

       __    Appearance Bond with 10% Deposit

       __    Appearance Bond secured by Real Property

       __    Corporate Surety Bail Bond

       **X**    (Other) Probation conditions/supervision; defendant ordered to return to St. John's homeless shelter; *meet with Probation officer at 11 a.m. on 6/17/*

Issued at  Sacramento, CA  on 6/16/08  at  *2:21 p.m.*

By _____
Kimberly J. Mueller,
United States Magistrate Judge